**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR REHEARING**

Appellate case name:     *Iasis Healthcare Corp. and SJ Medical Center, LLC d/b/a St. Joseph Medical Center v. Alan Pean*

Appellate case number:   01-17-00638-CV

Trial court case number:  2016-43519

Trial court:             127th District Court of Harris County, The Honorable R.K. Sandill presiding

Date motion filed:       July 5, 2018

Party filing motion:     Iasis Healthcare Corp. and SJ Medical Center, LLC d/b/a St. Joseph Medical Center

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Jennifer Caughey
                        ☐ Acting individually     ☒ Acting for the Court

Panel consists of: Laura Carter Higley, Harvey Brown, and Jennifer Caughey


Date:  August 21, 2018